# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HECTORINO ENRIQUES TORO DE
IBERIA, AND NIKKY JATTURAS
TORO DE IBERIA;

     Plaintiffs,

     v.                                Case No.:  6:25-cv-01566-AGM-LHP

CITY OF DELTONA, A MUNICIPAL
CORPORATION;  CODE
COMPLIANCE DIVISION; SPECIAL
MAGISTRATE, OFFICIAL
CAPACITY; AND  UNKNOWN
ENFORCEMENT
OFFICERS/EMPLOYEES, OFFICIAL
AND PRIVATE CAPACITIES;

     Defendants,

## ORDER

This cause comes before the Court on Plaintiffs' filing of a Notice of Compliance and Response to Order to Show Cause.  Doc. No. 19.  Plaintiffs have also completed the appropriate service forms for the named Defendants, and summonses have been issued by the Clerk of Court.  Doc. No. 20.  Accordingly, the February 26, 2026 Order to Show Cause (Doc. No. 16) is hereby **DISCHARGED**.

It is further **ORDERED** that Plaintiffs shall have **forty-five (45) days** from the date of this Order to effectuate service upon the named Defendants.  **On or before**

**the expiration of this forty-five (45) day period**, Plaintiff shall file proof of service with the Court.  Failure to file proof of service as required by this Order will result in a recommendation that any non-served Defendant be dismissed from the case. Fed. R. Civ. P. 4(m).

 **DONE** and **ORDERED** in Orlando, Florida on March 23, 2026.

_Leslie Hoffman Price_

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Parties